# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0051. FULTON COUNTY BOARD OF COMMISSIONERS et al v. FULTON COUNTY REPUBLICAN PARTY.

Appellee Fulton County Republican Party has filed the instant emergency "Motion for Expedited Consideration of Appeal on the Superior Court's Finding and Adjudication of Contempt" requesting that this Court expedite its review of Appellant's appeal from the trial court's order holding the Fulton County Board of Commissioners in contempt. That appeal has not yet been docketed with this Court. We decline to exercise our limited powers under Court of Appeals Rule 40 (c) to grant the requested relief. The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/09/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*